## THE STATE v. PENN, Appellant.

### Division Two, May 19, 1903.

**Appeals:** NO BILL OF EXCEPTIONS.   Where defendant, though given time
within which to file a bill of exceptions, fails to file it within the
extended time, and the transcript is sent to the Supreme Court in
order that the judgment may be affirmed, that will be done if there
is no reversible error in the record proper.

Appeal from Greene Criminal Court.—*Hon. C. B.
McAfee,* Judge.

AFFIRMED.

*Edward C. Crow,* Attorney-General, and *Sam B. Jeffries,* Assistant Attorney-General, for the State.

The record in this case shows that defendant was legally indicted, a plea of guilty was interposed and trial had, and a verdict of the jury obtained by which he was found guilty and his punishment assessed at two years' imprisonment in the state penitentiary. The indictment is in the usual form. The record fails to disclose the allegations contained in the motion for a new trial or. in arrest of judgment. No bill of exceptions was filed until after the time within which they were to be filed had expired. This being true, there is nothing before the court save the record proper, and that showing a legal indictment, arraignment and trial by due process of law, the judgment of the court below should be affirmed.

BURGESS, J.—Defendant was indicted in the criminal court of Greene county for mayhem, for unlawfully, feloniously, on purpose and of his malice aforethought, biting off the left ear of one J. H. Rockforda, at said county on the 19th day of June, 1899.

On the 27th day of November, 1899, the defendant was placed upon trial after a plea of guilty had been entered, the result of which was a verdict of guilty; and his punishment fixed at two years in the penitentiary. The record shows the filing of a motion for a new trial, and the overruling of the same by the court; the application for an appeal to the Supreme Court, and time within which to file a bill of exceptions, which was extended until finally defendant failed to file his exceptions within the time allowed by the last extension, and a transcript of the record is sent here for an affirmance of the verdict.

The bill of exceptions was filed out of time, so that there is nothing before the court, save and ex-

cept the record proper, and as that is free from reversible error. the judgment must be affirmed.

It is so ordered. All concur.